UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

YUFAN LIAO,

Petitioner,

v.

MARKWAYNE MULLIN, *et al.*,

Respondents.

CASE NO. 2:26-cv-03019-GJL

ORDER ON PETITIONER'S EMERGENCY MOTION TO ENFORCE TEMPORARY RESTRAINING ORDER

Before this Court is Petitioner's Emergency Motion to Enforce Temporary Restraining Order and For Immediate Release or Order to Show Cause ("Motion to Enforce"). Dkts. 10, 11. The Temporary Restraining Order ("TRO"), Dkt. 5, issued on August 26, 2026, currently remains in effect in this case and prohibits Respondents from removing Petitioner from the United States and from transferring Petitioner to another facility outside the Western District of Washington. Dkt. 5 at 2. The TRO has not yet expired. *Id.*

In his Motion to Enforce, Petitioner requests this Court enforce the TRO. Dkt. 11 at 6. Petitioner further requests immediate transportation directly to the Northwest ICE Processing Center in Tacoma, Washington or immediate release as well as a declaration from an official that

identifies certain facts regarding Petitioner's present facility, custody status, and any transfers, an order to show cause why Respondents should not be held in civil contempt, and an order extending the TRO pending resolution of this Motion to Enforce and any future preliminary injunction motion briefing. *Id.* at 2, 5–7.

In response, Respondents state, "ICE is in the process of transferring Petitioner back to this District[,]" and "Petitioner is on the manifest for the next charter flight to return to the NWIPC, which is scheduled to occur tomorrow [on September 3, 2026]." Dkt. 13 at 1–2 (citing Dkt. 14 at ¶ 6, dated September 2, 2026); *see also* Dkt. 9 at ¶ 5; Dkt. 8 at 2 ("Petitioner is scheduled to be on a flight to return to the NWIPC on September 3, 2026."). Respondents previously indicated "Petitioner will be brought back to NWIPC on the next available ICE Air flight which is anticipated to be on August 27, 2026, but no later than Tuesday, September 1, 2026[,]" but now contend that "Petitioner had been scheduled for a flight … to the NWIPC on September 1, 2026, but due to mechanical issues that flight was cancelled." Dkt. 7 at ¶ 4; Dkt. 13 at 2. As such, two days have now elapsed since the Petitioner's original expected return date.

Upon consideration and based upon the Court's continued reliance upon Respondents representations, this Court expects Respondents to return Petitioner to this District by the end of today, September 3, 2026, and finds Petitioner's Motion to Enforce is premature. Accordingly, Petitioner's Motion to Enforce Temporary Restraining Order and For Immediate Release or Order to Show Cause, Dkts. 10, 11, is **DENIED without prejudice**. However, the Court gives Petitioner leave to file a new motion should facts and circumstances subsequently develop that affect Petitioner's status or otherwise delay his return. Respondents **SHALL FILE** a status report within twenty-four (24) hours of Petitioner's return to this District, but not later than 5:00

p.m. Pacific Daylight Time on September 4, 2026, certifying that Petitioner has been returned to this District and identifying Petitioner's physical location.

Dated this 3rd day of September, 2026.

Grady J. Leupold
United States Magistrate Judge